IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3021 |
| vs. | |
| JARED LANCE HOWE, | ORDER |
| Defendant. | |

This matter is before the Court on correspondence from the defendant (filing 112) that the Court construes as a motion for appointment of counsel. The Court will deny the motion because it is moot: the Federal Public Defender has *already* been appointed to represent the defendant with respect to any sentence reduction available pursuant to Amendment 782 to the Sentencing Guidelines. *See*, General Order No. 2014-06; General Order No. 2014-09. Pursuant to General Order No. 2014-09, the Federal Public Defender will file a motion when the matter is ready for progression.[1]

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 112) is denied as moot.

2. The Clerk of the Court shall provide a copy of this order to the above-captioned defendant and to all counsel.

Dated this 22nd day of December, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge

---

[1] The Court understands that the defendant is, no doubt, anxious to learn whether his sentence will be reduced, and by how many months. But General Order No. 2014-09 was entered in 564 different cases in Nebraska, so some patience may be required.